Argued and submitted September 23, 2004, reversed and remanded June 15, 2005

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
an Illinois corporation,
*Appellant,*

*v.*

Kathleen DAVIS,
Personal Representative of James Davis;
and George Bischoff,
*Respondents,*
*and*

Travis DAHLSTROM,
*Defendant.*

02P-1465; A122459

113 P3d 989

J. Marie Bischman argued the cause for appellant. With her on the briefs were Robert L. Winkler and Parks, Bauer, Sime, Winkler & Fernety.

David Doyle argued the cause for respondent Kathleen Davis. With him on the brief was Doyle Law Firm, P.C.

Alexander D. Libmann argued the cause for respondent George Bischoff. With him on the brief was Law Office of Robert Dorband.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

Reversed and remanded. *Farmers Ins. Exchange v. Crutchfield*, 200 Or App 146, 113 P3d 972 (2005)